6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Dion Davis,<br><br>Defendant.<br>_____/ | Case: 2:21-cr-20461<br>Judge: Parker, Linda V.<br>MJ: Stafford, Elizabeth A.<br>Filed: 07-14-2021<br>INDI USA VS DAVIS (DP)<br><br>Violations:<br>18 U.S.C. § 922(o)<br>18 U.S.C. § 922(g)(3)<br>18 U.S.C. § 922(n) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**

*18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun*

On or about April 25, 2021 through April 30, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, knowingly possessed a machinegun, that is, a Glock 20GEN4 10mm pistol equipped with a Glock switch; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO

*18 U.S.C. § 922(g)(3) - Possession of a Firearm by an Unlawful User of a Controlled Substance*

On or about April 25, 2021 through April 30, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, knowing he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed a firearm, to wit: a Glock 20GEN4 10mm pistol, said firearm having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(3).

## COUNT THREE

*18 U.S.C. § 922(n) - Receipt of a Firearm by a Person Under Indictment*

On or about April 25, 2021 through April 30, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, who was then under indictment in Wayne County, Michigan for a crime punishable by a term exceeding one year, to wit: Fleeing and Eluding in the Third Degree, M.C.L. 257.602(a), willfully received a firearm, to wit: a Glock 20GEN4 10mm pistol, said firearm having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Section 922(n).

## COUNT FOUR

*18 U.S.C. § 922(g)(3) - Possession of Ammunition by an Unlawful User of a Controlled Substance*

On or about March 7, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, knowing he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed ammunition, to wit: S&B .45 caliber ammunition, said ammunition having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(3).

## COUNT FIVE

*18 U.S.C. § 922(g)(3) - Possession of a Firearm by an Unlawful User of a Controlled Substance*

On or about July 13, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed a firearm, to wit: a Glock 27 Gen4, .40 caliber pistol, said firearm having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(3).

## COUNT SIX

*18 U.S.C. § 922(n) - Receipt of a Firearm by a Person Under Indictment*

On or about July 13, 2021, in the Eastern District of Michigan, the defendant, Dion Davis, who was then under indictment in Wayne County, Michigan for a crime punishable by a term exceeding one year, to wit: Fleeing and Eluding in the Third

Degree, M.C.L. 257.602(a), willfully received a firearm, to wit: a Glock 27 Gen4, .40 caliber pistol, said firearm having previously traveled in interstate and/or foreign commerce; in violation of Title 18, United States Code, Section 922(n).

## FORFEITURE ALLEGATIONS
*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The allegations contained in Count One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in this Indictment, Dion Davis, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to:

- one Glock 20GEN4 10mm pistol
- one S&B .45 caliber casing
- one Glock 27 Gen4, .40 caliber pistol

THIS IS A TRUE BILL
S/Grand Jury Foreperson
_____
GRAND JURY FOREPERSON
Dated: July 14, 2021

SAIMA S. MOHSIN
Acting United States Attorney

*/s/*

CRAIG WININGER
Chief, Violent and Organized Crime Unit

*/s/*

Robert W. VanWert
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9776
robert.vanwert@usdoj.gov

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _RV_ |

**Case Title:** USA v. Dion Davis

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30341        ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

7/14/2021
Date

Robert W. VanWert
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9776
Fax:   313-226-3565
E-Mail address: robert.vanwert@usdoj.gov
Attorney Bar #: P70957

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.