UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                             HON. Linda Parker
                             Case No. 21-CR-20461

vs.

DION DAVIS.

        Defendant.

_____/

BARBARA LANNING
U.S. Department of Justice
211 W. Fort St.
Suite 2001
Detroit, MI 48116
(313) 226-9516
Email:

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

<u>APPEARANCE OF COUNSEL ON BEHALF OF DION DAVIS</u>

Please take notice that Stefanie Lambert Junttila is appearing as counsel for

Defendant Davis Davis.

Respectfully submitted,

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
    DION DAVIS
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740

Date: August 31, 2021

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system, which will send

notification of such filing to Assistant United States Attorney Ann Nee.

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
    DION DAVIS
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740

Date: August 31, 2021