UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

                                No. 21-cr-20461

v.

                                Hon. Linda V. Parker

Dion Davis,

      Defendant.

---

**Stipulation and Order to Adjourn Sentencing**

---

IT IS STIPULATED AND AGREED, by the above parties, through their respective counsel, that there is good cause to adjourn the sentencing in this matter at least thirty (30) days.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Barbara K. Lanning*                *s/Sanford Schulman*

Barbara K. Lanning               Sanford Schulman
Assistant United States Attorney      Attorney for Dion Davis
211 W. Fort Street, Suite 2001        500 Griswold Street, Suite 2340
Detroit, MI 48226                   Detroit, Michigan 48226
barbara.lanning@usdoj.gov         saschulman@comcast.net
(313) 226-9103                      (313) 963-4740
DATED: September 6, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

                                    No. 21-cr-20461

v.

                                    Hon. Linda V. Parker

Dion Davis,

      Defendant.

---

## Order Adjourning Sentencing

---

This matter coming before the Court on the stipulation of the parties, it is hereby:

ORDERED that sentencing in this matter is adjourned from September 21, 2022 to **October 27, 2022** at **1:00 p.m.**

    **IT IS SO ORDERED**.

                              s/ Linda V. Parker
                              LINDA V. PARKER
                              U.S. DISTRICT JUDGE

Dated: September 7, 2022