UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                         Criminal No. 21-cr-20461

v.                                   Hon. Linda V. Parker

Dion Davis,

       Defendant.

_____/

## GOVERNMENT'S EXHIBIT INDEX

- **Exhibit 1**: Video recording of Davis's Instagram Story, uploaded to Youtube on September 12, 2021

- **Exhibit 2**: Video recording of surveillance video from 7/13/2021

1