Hi Your Honor was Just taking my time Out the Day to write You on my Be Half On How the Past 16 months changed my life AnD also made me open my eyes to see this is not where I belong and all the foolish things I was Doing that was childish and wasnt worth Doing me growing up I always wanted to Be Popular and to be in the lime Light I Loved the attention which made me Seek out to Do things I knew Deep Down I wasnt Post to Do I was young well I still am young But this experience made me see non of that was worth it Ive always haD a Good Heart in still Do Sad to ADmit I fell Down the wrong Path But this time I will make it Right Not for You Not for my family But for myself I wanna get out take Care of my chilD and start me a life a real life Be a DaD to my Daughter a DaD I DiDnt Have In my life Leave all those So CalleD friends alone I want to set out in get my CDL lieense become a truck Driver work my way up to where I Have my own trucks and start my own business a Part in me is glad my life got Slowed Down to open me eyes in see that I was living the wrong life thats why Im moving away from my OlD life to a new state

When ever I can leave I will Be its time for me to grow up and stop acting like a Boy and to become a Successful Young man that my mother taught me to Be even tho Its Been one of the worst Journeys of my life I thank you for showing me who I am Going to become and for a life changer I would Say I am a Product of my enivement But I will Not let that Be my excuse cause I will be wayy better then anything I seen or witness growing up in my life and I will make sure I will never go Back to that Darkness of my life or Bring it into my Childs life thank you for a one time experience I vowed to myself when this is over I will leave every Body and every thing BaD in my life in the Past Amen!