Johnise Greene <johnisegreene37@gmail.com>                                    10/24/2022 8:52 PM

## Dion Davis jr

To Schulman Sanford <saschulman@comcast.net>

---

Dear Judge Linda Parker

I wanna also talk about the 29 page report that was sent to me by Dion lawyer. I don't know if you aware but my daughter dionna Davis was murdered January 21st 2021 and I'm seeing that Dion is taking the blame of her murder and the shooting of my home . I wanna make this very brief and I'm not taking for Dion and Dion is not the reason she was murdered dionna is the reason she was murdered and my home was shot up because Dionna and if the government would of looked into it with Clinton township police they would see that she was the reason of her murder. Yes it's killing me slowly that my child is gone but it's also killing me that my son is being blamed for if. And his fathers wife again if the government would do the job and the research they would see that Dion Davis sr was in a Federal penitentiary and snitched and the men had been saying they was gonna kill him and that is the reason he moved from Michigan so it was never pose to be his wife and Dion Davis sr knows that . And again everyone wants to blame chopsticks murder chopstick robbed somebody for their chain and they came back for him and if the police was gonna tell some stuff they should tell everything. Again Dion had nothing to do with not saying he is a innocent person but some of the allegations I'm seeing on the report has nothing  to do with him and it upsets me because my son is in the bed or with his family the time of these situations yet he still is being single out and made the bad person. Again judge Parker I'm not saying he is a saint or anything but some of the stuff on the report has nothing to do with him . Just like the 12 guns he upstairs sleep no with none of the guns 10 other people in the home but he's the blame for every single one . So I just wanna ask you to please have mercy and favor over my son because he is not a menace to society nor to the people nor his family we all love him and support him 100 percent.

Sincerely his Mother Johnise Greene

Sent from my iPhone

Johnise Greene <johnisegreene37@gmail.com>                                    10/24/2022 8:29 PM

## Dion Davis Jr from his mother

To Schulman Sanford <saschulman@comcast.net>

Dear Judge Linda Parker

   I Johnise Greene Dion Davis jr mother is writing this letter on the behalf of my son. I am a mother of 6 children with Dion being the 5th child my baby boy. This is finna be a long letter because I was heart broken when I read that 28 page of false allegations about my son not saying that Dion is a saint but just to let you know Dion doesn't have a record of any crimes and has never been charged with anything .

I wanna let you know in my words Dion is a mama's boy he always was lovable he never gave me any problems or back talk he was always in sports and activities all the way up to 16 years of age . So with all of this happening I was in big disbelief hearing all of this going on with Dion everybody loved Dion we was in a neighborhood for over 15 years everyone including Warren police loved Dion at a point in time I recently spoke with a Warren police member and he said how he hate that little Dion got involved with the wrong crowd. I also wanna let you know as Dion I am his mother I support him 100% I pray  that you look at this and give him a second chance at life I see so much more for my son than jail. I am his mother I love him I miss him I'm here to support him help him get back on his feet to be a better man for his child so he can provide and protect his 1year daughter Xaliah We have talked multiple night about him changing his whole entire lifestyle and I see nothing but him coming home and doing just that ! Judge Parker I pray that Dion will be given a favor and a second chance I see and can tell from our conversations that he is changing and that he is becoming a young man and becoming back close to god he knows who god is and he knows that he is disappointed in his past actions but also that he can and will give him a second chance because god is a forgiving god.

            Sincerely His Mother Johnise Greene.

Sent from my iPhone

**Johnise Greene <johnisegreene37@gmail.com>**                    10/25/2022 7:08 AM

## Fwd: Letter to judge

To Schulman Sanford <saschulman@comcast.net>

---

Sent from my iPhone

Begin forwarded message:

> **From:Andre Wright I<andrewrightii06@gmail.com>**
> **Date:** October 24, 2022 at 8:20:56 PM EDT
> **To:** johnisegreene37@gmail.com
> **Subject: Letter to judge**

Dear Judge Linda Parker,

My name is Andre Wright II, I am the cousin to Dion Davis Jr. I am writing this letter today on his behalf. I think my cousin deserves a second chance because he's not a bad person at all. Dion is very smart and has so much potential and I think he would do great things if he was given another chance to use it. I look up to my cousin so it's hurting me as well as my family knowing that Dion is in jail. We need him but most of all his baby girl Xaliah needs him.
Thank you for taking the time to read my letter.

September 15, 2022

Honorable Judge Linda V. Parker:

Dear Judge Parker,

My name is Janice Smith. I am writing you on behalf of my Great Nephew, Dion Davis. Dion's mom, Johnise Greene is my niece. (My deceased brother's daughter).

I have been in Dion's life, all of his life. We've celebrated holidays, birthdays and family outings.

I'm saddened to have to write you regarding Dion, because I know that it probably means that Dion committed a crime, but I am happy to say that Dion has always respected and loved me.

He has been a help to me, coming to my house to assist me with chores and odd jobs to earn spending money. In recent years when my health declined, he cared enough to ask his mom, "What's wrong with Auntie"?

Judge Parker, I pray that Dion will be given favor and a second chance. After all he's young and he and I have a secret pact of him making it to the NFL. He can still do this. I just want to be here to see it.

Your Honor, thank you for your time.

Sincerely,

Janice Smith

- IMG_6004.jpg (4 MB)

Johnise Greene <johnisegreene37@gmail.com>

10/24/2022 6:11 PM

Fwd: Dion letter

To Schulman Sanford <saschulman@comcast.net>

Sent from my iPhone

Begin forwarded message:

> **From:** Shundra Mcginnis <shundramcginnis21@icloud.com>
> **Date:** October 24, 2022 at 5:48:15 PM EDT
> **To:** johnisegreene37@gmail.com
> **Subject: Dion letter**

hi , i am Shundra McGinnis Dion's close friend since 9th grade. i am still very close to him and his family & they are wonderful people and they have been thru so much in past 2 years. He has always been such a good young man, played sports, he is so goofy and full of life, he is as harmless as they come. I've stood by his side thru all of this & i just want everybody to understand We are not scared of him & he is not a menace to us! We all love him dearly and wish and pray he can get this chance to be a better man and have a chance to be a Great dad to his child he hasn't even met yet. He is only 19 and has so much more life to live and much more to learn.

**Yolanda N <yolandamcshan@gmail.com>**                              10/24/2022 5:55 PM

# Dion Davis Jr

To saschulman@comcast.net

---

To: Judge Linda Parker

From: Yolanda N. McShan

Hello Judge Linda Parker,
Please accept this email as my letter to speak on behalf of my cousin Dion Davis Jr. I am writing in hopes to have the court show some empathy toward my cousin, Dion Davis Jr. The picture that has been painted to describe my cousin does not match the person that I've known him to be his whole life. Dion has been the light in our family since he was born. He has always been a joy to be around as well.

Dion is not a threat nor is he a menace to society so this type of judgement isn't fair. Dion is an amazing cousin to myself, my son and daughter. We miss him gathering at the family cookouts and holiday parties with us. Aside from all of that, he has a beautiful daughter that needs him more than anything to be home and help raise her. He also has a host of other relatives that Loves him and want to see him home soon as well.

I pray that this letter will find you in great spirits Judge Linda Parker, I pray that you can find it somewhere deep in your heart to show empathy toward Dion and allow him to come home with his family. We Love him and would be elated at the reality of him coming home. Please do this for our family! Thank you in advance for taking the time to read this letter. Have a great day!


Best Regards,
Yolanda N. McShan
(313) 673-2706


--
Best Regards, <br><br>Yolanda N. McShan

# Behave of Dion Davis Jr. from his eldest Shaina Smith

Dear Honorable Judge,

I'm writing this letter on behave of my brother Dion Davis Jr. I'm the eldest of six, we were raised together my 28 years. I seen the charges that are being brought up against my brother but I would stand before you your honor he have an support system thats 100% behind him. Since the passing of our sister our family has been torn having Dion home would shed some kind of light. I would love to see him be a father to his daughter or uncle to his niece (my daughter) and nephew. If you give him a chance he will REBRAND his self of what the people branded him. To conclude this letter I ask for your sympathy on behave of my brother.

# To my Uncle Dion

I Love my uncle Dion so much, he played with me all the time and he his the best. I Love you Dion.     From Brooklyn ♡

• IMG_6014.jpg (3 MB)



# Dion

Dion has ben so nice to me
He Even Play's with me and He
Takes care of me and He is the best
brother ever and He takes me to the
Park He Let's me stay for 2 hour's
He take's me to the mall to from John

Dear Judge Linda parker
Speaking on the behalf of
my brother I am here
to say my brother is only
19 and the person the police
and everybody is trying to
make him is not him
he is very loving and caring
always making his family smile
we are not scared of him
we love him we miss him
I believe he deserves a second
chance at life.
   I myself have recieved
many people saying the got our
sister killed or pictures on the
ground while she was just shot
to death but nobody gets in
troble for it but whenever
its dion he gets in troble of
course at the time he is greiving
so some things will come out of
anger but im sure now after

serving a little over a year he has learned that saying stuff back isn't always best.
Also if clinton police was contacted at dionna his sister phone is with them and she kept herself in alot of troble wasn't cause of dion and they have proof of that. Also when my moms house was shoot up she didn't testify because she was scared of what the guy was going to do and warren police let him free feds did not pick that case back up but when the guy didn't testify against dion feds picks case back up. It definaly like they are making him a bad person instead of showing real evidents so because there is none only thing is all intagram stuff dion is a rapper and part of alot of music videos so props are part of that.

He also have a 1 year old daughter to know live for give him a reason to live and stay of of trouble her mother is sick and also need dion badly to help with child.

even if it probation for a year halfway house its so many other option other than jailing him I feel he has did enough time and deserves a second chase on making life better he is only 19 he is so much more than crimes and shooting he has the talent and I think he should got a chance to show it.

He is not a menace to society or his family we need him we want him He grew up in church we even have pastors waitin on him please just one more chance he learned He know he need a chance to show the peole!

Sincerely Allona

Dear, Judge Linda Parker

I'm writing this letter on the behalf of my friend Pion Davis, I meet Pion when I was in high school. I was a Senior and he was a freshmen. He was a kid of joy and adventure. He was amazing at sports, everytime I saw him he had some type of ball, football, basketball, soccerball. etc. But the point I'm trying to prove is Pion was a great kid. As he got older he just hang around the wrong people, with no intentions to help him become a real man. As I see on Social media of other young men threating his life, posting pictures of his deceased sister Using her name in songs and many more. Pion have never brought

us any danger, his sister death was not because of him. She as well was just hanging with the wrong people. Dion has a daughter who just turned 1 year old. September, 19. He has never held or seen his daughter. And your children are your biggest motivation. I truly believe Dion will change his choose of friends now that he sees what they will lead him too. Dion is not a danger to the society or his family. His mother misses him dearly and she needs the confort of her son after the tragdy their family had to face. So please take this letter of consideration. And let Dion come home to his family, let him see his sister grave site, and raise his daughter, and become the man we all see in him.

From:

Dear Judge Linda parker
Speaking on the behalf of
my brother I am here
to say my brother is only
19 and the person the police
and everybody is trying to
make him is not him
he is very loving and caring
always making his family smile
we are not scared of him
we love him we miss him
I believe he deserves a second
chance at life.
I myself have recieved
many people saying the got our
sister killed or pictures on the
ground while she was just shot
to death but nobody gets in
troble for it but whenever
its dion he gets in troble of
course at the time he is greiving
so some things will come out of
anger but im sure now after

Dear Linda Parker,

I am dion cousin, Me and dion grew up together. Dion never put me nor my family in harms way. Dion grew up around his sibling and cousin playing at parks we used to go to church ever sunday. We used to go to bible study with my grandma we enjoyed it so much. Dion have a 1 year old baby Xaliah she is so adorable she havent gotten a chance to meet her daddy yet. He have a daughter that needs him. He is not a menase to me nor any of us. He is 19 years old he deserves another chance at life with his child.

Sincerely,
Justice

**Shaina Smith <shainasmith21@icloud.com>**                    10/24/2022 4:20 PM

## Behave of Dion Davis Jr. from his eldest Shaina Smith

To saschulman@comcast.net

Dear Honorable Judge,

I'm writing this letter on behave of my brother Dion Davis Jr. I'm the eldest of six, we were raised together my 28 years. I seen the charges that are being brought up against my brother but I would stand before you your honor he have an support system thats 100% behind him. Since the passing of our sister our family has been torn having Dion home would shed some kind of light. I would love to see him be a father to his daughter or uncle to his niece (my daughter) and nephew. If you give him a chance he will REBRAND his self of what the people branded him. To conclude this letter I ask for your sympathy on behave of my brother.

Thank you again honorable judge.