PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

DAVIS, Dion

Crim. No.   21-CR-20461-01

On July 8, 2024, the above named was placed on supervised release for a period of two years. On August 6, 2025, DAVIS passed away due to multiple gunshot wounds. This information was verified by the death certificate from the Assistant Medical Examiner. It is recommended that the Court close interest in this case.

Respectfully submitted,

s/Jovonne Jones
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____20th_____ day of _____August_____ , ___2025___ .

s/Linda V. Parker
Linda V. Parker
United States District Judge